UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

BROOKLYN CENTER FOR INDEPENDENCE OF
THE DISABLED, a nonprofit corporation; TAXIS
FOR ALL CAMPAIGN; DISABLED IN ACTION
OF METROPOLITAN NEW YORK, a nonprofit
organization; VALERIE JOSEPH, an individual; and
GABRIELA AMARI, an individual, on behalf of
themselves and all others similarly situated,

No. 17-cv-6399 (NRB)

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

Plaintiffs,

-against-

UBER TECHNOLOGIES, INC.,

Defendant.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs

Brooklyn Center for Independence of the Disabled, the Taxis for All Campaign, Disabled in

Action of Metropolitan New York, Valerie Joseph, and Gabriela Amari hereby give notice that

the above-captioned action is voluntarily dismissed, without prejudice against defendant Uber

Technologies, Inc.[1]

---

[1] Defendant did not file an answer in this action and no party has filed a motion for summary judgment. This notice of dismissal thus falls within F.R.C.P. Rule 41(a)(1)(A)(i). *See, e.g., Sequa Corp. v. Gelmin*, No. 91 CIV. 8675 (CSH), 1993 WL 437726, at *1 (S.D.N.Y. Oct. 26, 1993) (citing *Santiago v. Victim Services Agency*, 753 F.2d 219, 222 (2d Cir.1985)) ("It is clear that service of a motion to dismiss under Rule 12(b)(6) does not prevent a plaintiff from filing a 41(a)(1)(i) voluntary dismissal."); *Lindquist v. Murphy*, No. 3:15-CV-0870 (CSH), 2015 WL 6692244, at *2 (D. Conn. Nov. 3, 2015).

_____

Sidney Wolinsky (CA Bar No. 33716) *
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, CA 94704
Tel:  (510) 665-8644
Fax:  (510) 665-8511
*Attorneys for Plaintiffs*

*Admitted pro hac vice